AO 455 (Rev. 01/09) Waiver of an Indictment

**RECEIVED**
AUG 22 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  3:17-cr 77 |
| PAUL MATTHEW BOLGER ) | 3:17-cr-78 |
| ) | |
| Defendant ) | |

### WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information. *in the SDIA case # 3:17-cr-77 & CDCA case# SA-17-cr-107-BRO.*   MKZ

Date: 8/22/17

_____
Defendant's signature

_____
Signature of defendant's attorney

JEFFREY LANG / ANDREA MASON
Printed name of defendant's attorney

_____
Judge's signature

Stephen B. Jackson, Jr.
Judge's printed name and title
United States Magistrate Judge