RECEIVED
AUG 22 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.       CASE NO. 3:17-cr-00077-JAJ-SBJ

3:17-cr-00078

PAUL MATTHEW BOLGER,

    Defendant.

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

The United States of America and the Defendant, having both filed a written consent, appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant waived Indictment in open court and entered a plea of guilty to Counts 1-23 of the filed Iowa Information. Defendant waived Indictment in open court and entered a plea of guilty to the single count Information filed in the Central District of California, Case No. SA17CR00107BRO, with an Iowa case number to be opened. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in the Informations filed in the Southern District of Iowa and the Central District of California, I determined that the guilty pleas were knowing and voluntary as to all counts, and that the offenses charged is supported by an independent factual basis concerning each of the essential elements of such offenses. Defendant understands and agrees to be bound by the terms of the Plea Agreement. I, therefore, recommend that the pleas of guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

August 22, 2017
Date

STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE